DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 South Las Vegas Blvd. Suite 5000
Las Vegas, NV 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Email: Carlos.Gonzalez2@usdoj.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZANE E. GOODFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:13-cv-1331-GMN-VCF |

### DEFENDANT'S NOTICE OF RESUMPTION OF APPROPRIATIONS AND REQUEST FOR SCHEDULING ORDER

Defendant Carolyn Colvin, Acting Commissioner of Social Security, hereby notifies the Court and counsel that appropriations for the United States Department of Justice and the Federal Defendant have resumed as of October 17, 2013. There was a lapse in appropriations for a total of 16 days. This notice is provided in compliance with the stay order previously entered by the Court in this matter, which by its terms was effective during the period of lapse in appropriations.

///

///

1   In order to permit an orderly resumption of litigation activity in this case and other cases in
2   which a stay was entered, the Federal Defendant requests the following deadlines:

| Item | Date |
| --- | --- |
| Defendant's Answer deadline | October 31, 2013 |

Dated this 18th day of October, 2013.

                                           DANIEL G. BOGDEN
                                           United States Attorney

                                           */s/ Carlos A. Gonzalez*
                                           CARLOS A. GONZALEZ
                                           Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-21-2013

# PROOF OF SERVICE

I, Carlos A. Gonzalez, certify that the following individual(s) were served with a copy of the foregoing **DEFENDANT'S NOTICE OF RESUMPTION OF APPROPRIATIONS AND REQUEST FOR SCHEDULING ORDER** on the date, and via the method of service, identified below:

**CM/ECF:**

Leonard H Stone
Shook & Stone Chtd.
710 S. Fourth St.
Las Vegas, NV  89101

Marc V. Kalagian
Rohlfing & Kalagian, LLP
211 E. Ocean Blvd. Suite 420
Long Beach , CA  90802

*Attorneys for Plaintiff*

Dated this 18th day of October, 2013.

*/s/ Carlos A. Gonzalez*
CARLOS A. GONZALEZ
Assistant United States Attorney