DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZANE E. GOODFIELD, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:13-cv-01331-GMN-VCF |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**(Second Request)**

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), requests that this Court extend the time to respond to Plaintiff's Motion for Reversal and/or Remand thirty (30) days, until February 19, 2014.  This is Defendant's second request for an extension of time.  Plaintiff's counsel was contacted on January 16, 2014, and indicated that Plaintiff does not oppose the requested extension.  Defendant's current deadline is January 20, 2014.

The instant request is not intended to cause delay and is necessary because SSA OGC Assistant Regional Counsel Brenda Pullin who is assigned to this case has experienced a serious medical emergency.  Although Ms. Pullin has reviewed Plaintiff's motion and completed an outline of Defendant's Cross-Motion to Affirm, she is unable to finalize the response due to the referenced medical emergency.

For this reason, the parties request that Defendant be granted an additional thirty (30) day extension of time to respond to Plaintiff's motion, up to and including February 19, 2014, with other scheduling order deadlines extended accordingly.

Respectfully submitted this 17th day of January 2014.

> DANIEL G. BOGDEN
> United States Attorney
>
> */s/ Blaine T. Welsh*
> BLAINE T. WELSH
> Assistant United States Attorney

OF COUNSEL:

DONNA L. CALVERT
Acting Regional Chief Counsel

BRENDA M. PULLIN
Assistant Regional Counsel
Social Security Administration

No further extensions will be granted.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  1-24-2014

2

# CERTIFICATE OF SERVICE

I, Blaine T. Welsh, certify that the following individual were served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date, and via the method of service identified below:

<u>**Electronic Case Filing**</u>**:**

Marc V Kalagian
Rohlfing & Kalagian, LLP
211 E. Ocean Blvd. Suite 420
Long Beach, California 90802
Marc.Kalagian@rksslaw.com

Leonard Stone
Shook & Stone, Chtd.
710 South Fourth Street
Las Vegas, Nevada 89101
kshonfeld@shookandstone.com

*Attorneys for Plaintiff*

Dated this 17th day of January 2014

                                               */s/ Blaine T. Welsh*
                                               BLAINE T. WELSH
                                               Assistant United States Attorney